**Motion Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed May 30, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00341-CV

---

### SAFETY HOLDINGS, INC. D/B/A SAMBASAFETY, Appellant

### V.

### D'QUESHA WILSON, Appellee

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2021-32920**

---

### MEMORANDUM OPINION

This appeal is from an order signed April 24, 2023 denying appellant's motion to compel arbitration pursuant to the Federal Arbitration Act. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.016. On May 20, 2024, appellants filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.